# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 13, 2019

### NO. 03-19-00373-CV

**Roberto Salais, Appellant**

**v.**

**The Attorney General of Texas, Appellee**

**APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the trial court on April 26, 2019. Having reviewed the record, the Court holds that Roberto Salais has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.